FILED
FEB - 1 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BELEN M. RODRIGUEZ, )
)
    Plaintiff, )
)
v. ) Civil Action No. 18-0113 (UNA)
)
WILLIAM RODRIGUEZ-GARAYUA, *et al.*, )
)
    Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's motion to proceed *in forma pauperis*, her *pro se* civil complaint, and motion to expedite the case.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The plaintiff's claims appear to stem from an acrimonious relationship with her former spouse. She makes broad and wide-ranging assertions regarding abuse and harassment she has sustained, invasions of her privacy, and arrests and imprisonment. Nevertheless, the complaint sets forth so few factual allegations that the defendants cannot be expected to prepare an adequate response. Furthermore, the complaint fails to set forth a basis for this Court's federal jurisdiction, a claim showing plaintiff's entitlement to relief, or a valid basis for an award of damages of $3 million. The complaint, as drafted, does not comply with Rule 8(a), and the Court will dismiss it without prejudice. An Order consistent with this Memorandum Opinion is issued separately.

DATE: 2/1/18

United States District Judge